**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ROSEMONT PIZZA, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3237887** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street**<br>**Suite 400**<br>**Chicago, IL**　ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):　ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ROSEMONT PIZZA, INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ROSEMONT PIZZA, INC.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza
Suite 1200
Chicago, IL 60606**

_____
Address

**Email: mlgesas@arnstein.com**
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Apostolou**
Signature of Authorized Individual

**John Apostolou**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF
THE DIRECTORS OF
ROSEMONT PIZZA, INC.
A CORPORATION FORMED UNDER THE LAWS OF ILLINOIS
(the "Company")**

The undersigned, being the sole Director of the Company, in lieu of holding a special meeting hereby consents to the following actions and adopts the following resolutions and directs that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOVED FURTHER**, that the officers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any officer of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent this _16_ day of February, 2011.

_JOHN APOSTOLOU, Director_

9N6-PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE, IL 60055


A & BEES LIGHTING SUPPLY, INC.
1129 STOUGHTON COURT
SCHAUMBURG, IL 60194


A TWIN, INC.
823 CONCORD LANE
DES PLAINES, IL 60016


ABARCA, FRANCISCO J.
4940 W. MEDILL
CHICAGO, IL 60639


ADT SECURITY SERVICES, INC.
P.O. BOX 371967
PITTSBURGH, PA 15250-7697


AFFORDABLE COMMUNICATIONS, INC
2450 DELTA LANE
ELK GROVE VILLAGE, IL 60007


AGUILLAR, VICENTE
2458 S. SACRAMENTO
CHICAGO, IL 60623


ALERT PROTECTIVE SERVICES
3833 NORTH CICERO AVE
CHICAGO, IL 60641-3623


ALLSTAR TOWING & SNOWPLOWING,
4440 WEST ADDISON
CHICAGO, IL 60641


ALPHA FILTERS, INC.
P.O. BOX 30149
CHICAGO, IL 60630


ALVARADO, HEIDY A.
5621 N OTTAWA
CHICAGO, IL 60631

AMERICAN FIRST AID SERVICES, I
784 CHURCH ROAD
ELGIN, IL 60123


AMERICANA FOODS, INC.
308 WEST RANDOLPH ST
CHICAGO, IL 60606


AMERICARE NATIONAL HYGIENE & S
225 LAURA DRIVE
ADDISON, IL 60101


AMERICO, INC.
P.O. BOX 2125
WEST MEMPHIS, AR 72303


ANGELES, JUAN A.
3534 W. MEDILL
CHICAGO, IL 60647


ANGELOS, CHRISTOS
1250 S MICHIGAN AVE #709
CHICAGO, IL 60605


ANTONIO VELASQUEZ
709 E HACK BERRY LANE
MT. PROSPECT, IL 60056


APARICIO, LUIS
1547 W. CHICAGO
CHICAGO, IL 60634


APARICIO, MARCELO
3359 W. LEMOYNE ST.
CHICAGO, IL 60651


ARAMARK UNIFORM SERVICES
4200 SOUTH HALSTED STREET
CHICAGO, IL 60609-2635


ARGYROPOULOS, KOSTADINA
4820 NORTH NORDINA
CHICAGO, IL 60656

ARROYO, PEDRO
4481 N KEOKUK
CHICAGO, IL 60630


ARRP TRUCKING & PAVING CO.
615 NORTH OGDEN AVENUE
CHICAGO, IL 60622


ASCENCIO, JOSE L.
9452 MAPLE DRIVE APT 3A
DES PLAINES, IL 60018


ASCO INSURANCE SERVICES INC
8729 N NARRAGANSETT AVE
MORTON GROVE, IL 60053


Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606


AT&T
P.O. BOX 8100
AURORA, IL 60507-8100


AT&T LONG DISTANCE
PO BOX 5017
CAROL STREAM, IL 60197


AVILES, ALBERTO
2446 N. WESTERN
CHICAGO, IL 60647


AVILEZ, CLAUDIO F.
2446 N WESTERN
CHICAGO, IL 60608


AYNESSAZIAN, JEREMY A.
410 S. FAIRVIEW
PARK RIDGE, IL 60068


B&P PLUMBING & SEWERAGE CORP
500 WEST KATHLEEN DRIVE
DES PLAINES, IL 60016

BANDREVA, MARGARITA
9502 GLENLAKE AVE APT 118
ROSEMONT, IL 60018


Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BELTRAN, FELIX
2931 N DAWSON
CHICAGO, IL 60618


BEREZOSKI, KENNETH J.
1827 S. ELMWOOD AVE
BERWYN, IL 60402


BERKEL MIDWEST SALES & SERVICE
4900 WEST 128th PLACE
ALSIP, IL 60803


BOLANOS, LUIS
3615 EMERSON STREET
FRANKLIN PARK, IL 60131


CAAMANO, FERNANDO
2727 W CERMAK
CHICAGO, IL 60608


CAMACHO, LUIS
3806 W LELAND
CHICAGO, IL 60625


CAMPBELL, PATRICK
8552 N. ORIOLE
NILES, IL 60714


CARDOSO, BRUNO T.
4819 MICHIGAN AVE
SCHILLER PARK, IL 60176


CARVAJAL, MICHAEL A.
2164 N. TALMAN AVE 2ND FLOOR
CHICAGO, IL 60647

CASTRO, GUSTAVO
9452 MAPLE DRIVE APT 3A
ROSEMONT, IL 60018


CATALAN, ERASMO
2823 W. LYNDALE  BASEMENT
CHICAGO, IL 60647


CATALAN, MARCIANO A.
2823 W LYNDALE ST BASEMENT
CHICAGO, IL 60647


CDW DIREC LLC
PO BOX 75723
CHICAGO, IL 60675-5723


CHICAGO PRODUCERS
817 S WESTERN AVENUE
CHICAGO, IL 60612


CHICAGOLAND RESTAURANT EQUIP S
1400 HULL
WESTCHESTER, IL 60154


CINTAS
1201 W  ST. CHARLES RD
MAYWOOD, IL 60153


CITY BEVERAGE - ARLINGTON HEIG
1401 EAST ALGONQUIN RD
ARLINGTON HEIGHTS, IL 60005


CITY OF CHICAGO BANKRUPTCY UNIT
121 N LASALLE ST RM 107
CHICAGO, IL 60602


CITYWIDE PRINTING
2602 EAST DEVON AVENUE
DES PLAINES, IL 60018


COCA COLA BOTTLING COMPANY
CICERO SALES CENTER
CHICAGO, IL 60674

COKER SERVICE, INC.
125 WEST NORTH AVENUE
VILLA PARK, IL 60181


COLIMA, NOLBERTO
2418 N. CENTRAL PARK
CHICAGO, IL 60647


COLLINS JETTING, INC.
316 WEST NORTHWEST HWY
ARLINGTON HEIGHTS, IL 60004


COMCAST CABLE
P.O. BOX 3001
SOUTHEASTERN, PA 19398-3001


CONTINENTAL CARBONIC PRODUCTS,
DEPARTMENT 5105
CAROL STREAM, IL 60122-5105


COOK COUNTY COLLECTOR
ENVIRONMENTAL CONTROL
CHICAGO, IL 60664-1547


COOK COUNTY TREASURER
P.O. BOX 4488
CAROL STREAM, IL 60197-4488


COZZINI BROS., INC.
350 HOWARD AVENUE
DES PLAINES, IL 60018


DAHL, LENA
3002 N. NATOMA
CHICAGO, IL 60634


DELTA DISTRIBUTORS OF ILLINOIS
3065 NORTH ROCKWELL
CHICAGO, IL 60618


DELUXE BUSINESS CHECKS & SOLUT
P.O. BOX 742572
CINCINNATI, OH 45274-2572

DEMITRI HARITOS
2808 W. COYLE
CHICAGO, IL 60645


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DI DOMENICO, ROBERTO P.
7405 W FULLERTON 2ND FL
ELMWOOD PARK, IL 60707


DIAGNOSTIC IMAGING ASSOCIATES
PO BOX 68
NORTHBROOK, IL 60065-0068


DIAZ, SERGIO
2331 N. CALIFORNIA
CHICAGO, IL 60647


DIRECT TV
PO BOX 60036
LOS ANGELES, CA 90060


DO NOT USE
1201 W ST. CHARLES RD
MAYWOOD, IL 60153


ECOLAB
P.O. BOX 70343
CHICAGO, IL 60673-0343


EDDY, JUSTIN R.
2133 BOWLER
CHICAGO, IL 60612


EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO, IL 60674


ELALAMI, NAIMA
4047 N. NARRAGANSETT
CHICAGO, IL 60634

EMBROIDERY CENTER, LTD
4731 SOUTH CENTRAL
CHICAGO, IL 60638


EMPIRE COOLER SERVICE, INC.
940 WEST CHICAGO AVE
CHICAGO, IL 60642-5494


ESCAMILLA, ARMANDO
10474 CAROL CT.
ROSEMONT, IL 60018


ESCOBAR, MARIA A.
4814 W. SCHOOL ST
CHICAGO, IL 60641


ESCOBAR, MONSERRATE M.
4814 W. SCHOOL
CHICAGO, IL 60641


ESPINOZA, ALBERTO
2125 N LATROVE 2ND FLOOR
CHICAGO, IL 60639


FABIAN'S CABINETS CO.
3734 W BELMONT AVE
CHICAGO, IL 60618


FAMILY LAWN SERVICE COMPANY
4228 W. 24TH PLACE
CHICAGO, IL 60623


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075


FIGUEROA, ANDRES
2125 N. LATROBE
CHICAGO, IL 60639


FINK SAFE & LOCK CO. INC
2307-11 N. WESTERN AVE
CHICAGO, IL 60647

FINTECH.NET
7702 OODLAND CENTER BLVD
TAMPA, FL 33614


FLORES, JOSE
2643 W. DIVISION
CHICAGO, IL 60622


FOODSERVICE EDUCATIONAL SEMINA
4935 W BELMONT AVENUE
CHICAGO, IL 60641


FOODTEC SOLUTIONS, INC.
175 HIGHLAND AVENUE
NEEDHAM, MA 02494


FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124


FUJITA, EVAN S.
421 W. TALCOTT
PARK RIDGE, IL 60068


G & B PLUMBING & HEATING, INC.
P.O. BOX 597331
CHICAGO, IL 60659


GADOVA, VITALIVA
9454 GLENLAKE AVE APT 3A
ROSEMONT, IL 60018


GAJEK, EWA M.
7206 W. PANSACOLA
HARWOOD HEIGHTS, IL 60706


GALVAN, GUSTAVO E.
1814 N. DRAKE
CHICAGO, IL 60647


GAMA, ALBERTO
1024 N. PAULINA
CHICAGO, IL 60622

GAMA, MAURO E.
3359 W. LEMOYNE
CHICAGO, IL 60651


GARCIA, CELESTINO
9452 MAPLE DRIVE APT 3A
ROSEMONT, IL 60018


GARDA CL SOUTHWEST INC.
P O BOX 90152
PASADENA, CA 91109


GEMBARA, MARK C.
2854 S. HILLOCK AVE.
CHICAGO, IL 60608


GIGOV, NIKOLINA
5549 W. HIGGINS
CHICAGO, IL 60630


GILES, JESUS
4520 N RIVER ROAD APT 1W
SCHILLER PARK, IL 60176


GIORDANO'S ADVERTISING FUND
308 W RANDOLPH STREET
CHICAGO, IL 60606


GIORDANO'S ENTERPRISES, INC.
308 W RANDOLPH STREET
CHICAGO, IL 60606


GIORDANO'S FRANCHISE, INC.
308 W RANDOLPH ST
CHICAGO, IL 60606


GOMEZ OSBERTO
4523 N. ST LOUIS
CHICAGO, IL 60645


GONNELLA
2758 EAGLE WAY
CHICAGO, IL 60678-1027

GONZALEZ, ALEJANDRINO R.
2446 N WESTERN
CHICAGO, IL 60647


GONZALEZ, LORENZO
3007 W ALLEN
CHICAGO, IL 60618


GONZALEZ, MIGUEL R.
2144 S. KILPATRICK
CHICAGO, IL 60639


GONZALEZ, SILVESTRE
2449 N. ASHLAND
CHICAGO, IL 60614


GONZALEZ, TOMAS
2144 S. KILPATRICK
CHICAGO, IL 60639


GRECO AND SONS, INC.
1550 HECHT ROAD
BARTLETT, IL 60103


GUADARRAMA, ALFONSO O.
3042 N. DRAKE
CHICAGO, IL 60639


GUARANTEED SERVICE & SUPPLY, I
24616 W ROLLINS ROAD
ROUND LAKE, IL 60073


HARALAMPOPOULOS, THEONE
1330 W PETERSON
PARK RIDGE, IL 60068


HARITOS, DIMITRI
2808 W COYLE
CHICAGO, IL 60645


HERNANDEZ, MATIAS L.
2338 N. AUSTIN
CHICAGO, IL 60632

HIGUERA, PABLO
3007 N ALLEN
CHICAGO, IL 60618


HIGUERA, SILVESTRE
3007 N ALLEN
CHICAGO, IL 60618


HRISTOVA, DIMITRINKA S.
6144 GAGE ST
ROSEMONT, IL 60018


HUDSON ENERGY
24919 NETWORK PLACE
CHICAGO, IL 60673-1249


ILIEVA, ANTOANETA I.
8706 W SUMMERDALE APT 3N
CHICAGO, IL 60656


ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19035
SPRINGFIELD, IL 62794-9035


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


ILLINOIS DEPTT OF REV BANKRUPTCY UNIT
100 W RANDOLPH 7-400
CHICAGO, IL 60601


ILLINOIS LIQUOR CONTROL COMMIS
100 WEST RANDOLPH STREET
CHICAGO, IL 60601


INTEGRA GRAPHICS & FORMS, INC.
4749 WEST 136th STREET
CRESTWOOD, IL 60445


INTEGRYS ENERGY SERVICES, INC.
P.O. BOX 19046
GREEN BAY, WI 54307-9046

Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


JACINTO, GLADIOLA F.
9463 MAPLE DRIVE APT 3A
ROSEMONT, IL 60018


JANKAUSKAS, NERIUS
6142 KNOLL WICK RD #201
WILLOWBROOK, IL 60527


JIMENEZ, ALEJANDRO
5461 M MARMORA
CHICAGO, IL 60630


JIMENEZ, OLIVIER
9415 SUMAC DRIVE #8
DES PLAINES, IL 60016


JOHNSON, JOANN
45 DES PLAINES LANE
HOFFMAN ESTATES, IL 60194


JUDGE & DOLPH, LLC
P.O. BOX 809180
CHICAGO, IL 60680-9180


KANO LABORATORIES INC
P.O.BOX 110098
NASHVILLE, TN 37222


KELLY, KIMBERLY A.
9716 ADDISON ST.
FRANKLIN PARK, IL 60131


KHAN, ASIM
8852 DEE ROAD
DES PLAINES, IL 60016


KHL ILLINOIS
P.O. BOX 201506
DALLAS, TX 75320-1526

KONTOS, LEO
461 ELM ST. 1E
DEERFIELD, IL 60015


KUNSTMULLEROVA, RENATA
4207 N. KEELER
CHICAGO, IL 60641


L&K PAK DISTRIBUTION
P.O. BOX 13016
CHICAGO, IL 60613


LEE'S FOOD SERVICE PARTS & REP
3501 MARTENS STREET
FRANKLIN PARK, IL 60131


LEE'S OVEN REPAIR
3501 MARTENS STREET
FRANKLIN PARK, IL 60131


LEO G. KONTOS
461 ELM STREET
DEERFIELD, IL 60015


LEZZA SPUMONI & DESSERTS, INC.
4001-09 ST. CHARLES ROAD
BELLWOOD, IL 60104


LINARES, MARIA
3615 EMERSON ST.
FRANKLIN PARK, IL 60131


LO TECH SALES, LLLP
8101 S. SHAFFER PARKWAY
LITTLETON, CO 80127


LOPEZ, ALEJANDRO
4626 N. KEELER
CHICAGO, IL 60631


LOUIS GLUNZ BEER, INC.
7100 NORTH CAPITOL DRIVE
LINCOLNWOOD, IL 60712

LOWE, KATHERINE J.
2730 RUSTY DRIVE
DES PLAINES, IL 60018


LUCIAN PAMFILIOU
6254 NORTH RIDGELAND
CHICAGO, IL


LUIS BOLANOS
3615 EMERSON STREET
FRANKLIN PARK, IL 60131


MARCOR
916 WILD GINGER TRAIL
WEST CHICAGO, IL 60185


MARTINEZ, BERNADETTE
5749 N. ELSTON
CHICAGO, IL 60646


MARTINEZ, MISAEL
2110 NARRAGANSETTE
CHICAGO, IL 60639


MASTER RODDING INC
PO BOX 932
ELGIN, IL 60121


MATIAS, CHRISTINA M.
8624 GRAND AVE
RIVER GROVE, IL 60171


MERCHANT SERVICES
MAIL DROP 1MOC3D
CINCINNATI, OH


MICHELANGELO PAINTING CO.
9626 NORWOOD
ROSEMONT, IL 60018


MID AMERICAN ENERGY COMPANY
P. O. BOX 8020
DAVENPORT, IA 52808

MINOAN CORPORATION
3550 WEST NORTHSHORE
LINCOLNWOOD, IL 60712-3749


MINUTEMAN INTERNATIONAL, INC.
P.O. BOX 13294
NEWARK, NJ 07101-3294


MIRAMONTES, LIZETTE
2512 S OAKLEY
CHICAGO, IL 60608


MOHLE, KRISTI A.
1085 BRISTOL COURT
STREAMWOOD, IL 60107


MOLNAR, BARBARA
5231 N MOODY AVE
CHICAGO, IL 60630


MORENO, JOSE
2946 W LYNDALE
CHICAGO, IL 60647


MUNDO DEVELOPMENT CO.
P.O. BOX 389114
CHICAGO, IL 60638


MVP FIRE PROTECTION SYSTEM INC
16524 S. KILBOURN AVE
OAKFOREST, IL 60452


NAJAM, FARAZ
2901 S. KING DRIVE #1317
CHICAGO, IL 60616


NAJAM, FARAZ
1813 QUAKER HOLLOW ST
STREAMWOOD, IL 60107


NAVA, JOSE M.
2823 W. LYNDALE
CHICAGO, IL 60646

NICHOLAS PORFIROPOULOS
4056 N. OLCOTT
NORRIDGE, IL 60706


NICOR GAS
P.O. BOX 416
AURORA, IL 60568-0001


NIENOJADLO, BEATA
7943 S. OAK PARK
BURBANK, IL 60459


NUCO2, LLC
P.O. BOX 9011
STUART, FL 34995


OCASIO, DAVID J.
7600 W BELMONT AVE UNIT G-S
CHICAGO, IL 60634


OLYMPIC STORE FIXTURES
4758 SOUTH CICERO AVENUE
CHICAGO, IL 60638


ORECK CLEAN HOME
920 EAST OGDEN AVENUE
WESTMONT, IL 60559


ORESTIS CONSTRUCTION CO.
4239 NORTH HAMLIN AVENUE
CHICAGO, IL 60618


ORTAKCHIYSKA, DANIELA
9447 MAPLE DRIVE APT 2A
DES PLAINES, IL 60018


ORTIZ, WILLIAMS
4918 WEST BERENICE 1ST FLOOR
CHICAGO, IL 60641


OUISSATE, MOHAMED
9459 MAPLE DR. APT 2A
ROSEMONT, IL 60018

P.S. HEATING & COOLING
340 BERKSHIRE LANE
DES PLAINES, IL 60016


PAM LANDRY
838 N ARLINGTON HEIGHTS RD
ARLINGTON HEIGHTS, IL 60004


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604


PAYLOCITY
3850 NORTH WILKE ROAD
ARLINGTON HEIGHTS, IL 60004


PDQ UPHOLSTERY
500 REDWOOD COURT
NORTH AURORA, IL 60542


PEREZ, FELIX C.
9460 MAPLE DRIVE
ROSEMONT, IL 60018


PEREZ, FLORENTINO
9460 MAPLE DR.
ROSEMONT, IL 60018


PERISHIP
7 BUSINESS PARK DRIVE
BRANFORD, CT 06405


PETROVIC, VLADIMIR
4308 N. SPAULDING #25
CHICAGO, IL 60618


PLATINUM ENTERPRISE SERVICES
2516 WAUKEGAN RD
GLENVIEW, IL 60025


PORFIROPOULOS, NICHOLAS
4056 N. OLCOTT
NORRIDGE, IL 60706

POWERHOUSE RESTORATION, INC.
219 CORSSEN AVENUE
ELK GROVE VILLAGE, IL 60007


PRASILIK, KRISTINA
6140 GAGE APT 24
ROSEMONT, IL 60018


PRIME TIME SPORTS LLC
2819 WEST KIRCHOFF ROAD
ROLLING MEADOWS, IL 60008


PRIMUS
P.O. BOX 3246
MILWAUKEE, WI 53201-3246


PRYORITY DISPLAY & PACKAGING,
47 WEST DIVISION STREET
CHICAGO, IL 60610


QUIJANO, ALFREDO
1728 N NEVA
CHICAGO, IL 60707


RAMIREZ, HUMBERTO M.
2433 S. SAWYER
CHICAGO, IL 60634


Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


REGENT WINDOW FASHIONS
917 WEST IRVING PARK ROAD
CHICAGO, IL 60611


RELATED PRODUCTS
P.O. BOX 812
BENSENVILLE, IL 60106-0812


RESCOR
5344 EAST AVENUE
COUNTRYSIDE, IL 60525

RESURRECTION MEDICAL CENTER
P.O. BOX 220281
CHICAGO, IL 60622-0281


REYES FLORES, VENTURA
2254 N KEELER AVE 2ND FLOOR
CHICAGO, IL 60639


REYES, ARTURO
4940 W. MEDILL
CHICAGO, IL 60639


REYES, ISIDRO
2446 N WESTERN AVE.
CHICAGO, IL 60647


REYES, JOSE
2446 N. WESTERN
CHICAGO, IL 60647


REYES, RAFAEL G.
2125 N. LATROBE
CHICAGO, IL 60639


RICK'S SIGNS/REPAIRS
P.O. BOX 115
FOX RIVER GROVE, IL 60021


RICKARD, ELAINE
5431 N FAST RIVER RD
CHICAGO, IL 60656


RIOS, ANTONIO R.
2613 W 22ND PLACE
CHICAGO, IL 60608


RMC EMERGENCY PHYSCIANS
520 EAST 22nd STREET
CHICAGO, IL 60148


RMC PATHOLOGY ASSOCIATES
520 EAST 22nd STREET
LOMBARD, IL 60148

ROBLES, ANGEL P.
9460 MAPLE DRIVE
DES PLAINES, IL 60018


ROJEWSKI, JAMES E.
729 LIMERICK
SCHAUMBURG, IL 60193


ROSEMONT CHAMBER OF COMMERCE
9501 WEST DEVON AVENUE
ROSEMONT, IL 60018


ROSEMONT LANDSCAPING, INC.
3437 ELDER LANE
FRANKLIN PARK, IL 60131


ROTO ROOTER SERVICES CO.
5672 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


RUSINOVA, DEYANA S.
2303 N. 77TH COURT
ELMWOOD PARK, IL 60707


RYAN, AMANDA L.
837 HOLLYWOOD
DES PLAINES, IL 60016


SANCHEZ, ADRIANA R.
9237 W. IRVING PARK RD APT 2W
SCHILLER PARK, IL 60176


SCHECK, TAMMY
69 DOVER DRIVE
DES PLAINES, IL 60018


SECRETARY OF STATE
DEPT OF BUSINESS SERVICE
SPRINGFIELD, IL 62756-5510


SHAW, JONATHAN
3130 N LAKE SHORE DRIVE #1705
CHICAGO, IL 60657

SIMPSON, JOE M.
333 LAKEWOOD CIRCLE
BURR RIDGE, IL 60527


SKAOURIS, DIMITRI
4932 ESTES AVE
SKOKIE, IL 60077


SKOKIE VALLEY BEVERAGE
199 SHEPARD AVENUE
WHEELING, IL 60090


SKYLINE SEWER & DRAIN, INC.
1538 ELLIOT STREET
PARK RIDGE, IL 60068


SMITH, LILA R.
2627 N. SPRINGFIELD
CHICAGO, IL 60647


SMITHEREEN PEST MANAGEMENT
7400 NORTH MELVINA AVE
NILES, IL 60714-3908


SOJOS, LORGIO
4918 W. BERENICE STREET
CHICAGO, IL 60641


SOLORZANO, MONICA
1041 N WOLCOTT AVE
FLOOR REAR
CHICAGO, IL 60622


SOTELO, CRISPIN
2823 W. LYNDALE
CHICAGO, IL 60647


SOTELO, EVERARDO
2017 S. CALIFORNIA
CHICAGO, IL 60608


SOTELO, RAFUL S.
2017 S. CALIFORNIA
CHICAGO, IL 60641

```
SOUTHERN WINE & SPIRITS - ILLI
2971 PAYSPHERE CIRCLE
CHICAGO, IL 60674-2971


SPIZZIRRI, LEO P.
470 WOOD HOLLOW LN.
BARTLETT, IL 60103


STA-KLEEN, INC.
803 WEST ESTES AVENUE
SCHAUMBURG, IL 60193


STAMAR PACKAGING, INC.
P.O. BOX 1157
BEDFORD PARK, IL 60499


STEWARTS PRIVATE BLEND FOODS,
4110 WRIGHTWOOD AVENUE
CHICAGO, IL 60639


STRATOS FOODS, INC.
314 NORTH LEAVITT STREET
CHICAGO, IL 60612


SUBI IMAMOVIC
6536 N CALIFORNIA AVE
CHICAGO, IL 60645


TAMMY SCHECK
69 DOVER DRIVE
DES PLAINES, IL 60018


TEGRANT CORPORATION
21799 NETWORK PLACE
CHICAGO, IL 60673-1217


TENA, ROGELIO
16 W. 520 LAKE DR.
WILLOWBROOK, IL 60527


THE BOELTER COMPANIES
P.O. BOX 1451
MILWAUKEE, WI 53201-1451
```

TIERRA ENVIRONMENTAL & INDUSTR
3821 INDIANAPOLIS BLVD
EAST CHICAGO, IN 46312


TORRES, GEOVANI
6333 CALIFORNIA AVE APT 2
CHICAGO, IL 60659


TORRES, PRISCILLA
2418 N CENTRAL PARK
CHICAGO, IL 60647


TOUNTCHEV, HRISTIAN L.
402 S DEE RD
PARK RIDGE, IL 60068


TOWN & COUNTRY DISTRIBUTORS, I
1050 WEST ARDMORE AVE
ITASCA, IL 60143


TRIFONOVA, ELENA
5441 N EAST RIVER RD
CHICAGO, IL 60656


TRIMARK MARLINN, INC.
DEPT CH 17131
PALATINE, IL 60055-7131


TRITZ BEVERAGE SYSTEMS, INC.
P.O. BOX 754
GRAYSLAKE, IL 60030


TURANO BAKING COMPANY
36749 EAGLE WAY
CHICAGO, IL 60678-1367


TWO J'S SHEET METAL WORKS
5828 SOUTH OAKLEY BLVD
CHICAGO, IL 60636


ULINE
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60055

UNIVERSAL PAINTING & DECORATIN
3352 WEST BRYN MAWR
CHICAGO, IL 60659


UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577


URBAN REAL ESTATE RESEARCH INC
P.O BOX 10940
CHICAGO, IL 60610


VAHEY CONSTRUCTION CO., INC.
632 CENTER STREET
ELK GROVE VILLAGE, IL 60007


VEGA, PAULINO S.
2921 N. KEDZIE
CHICAGO, IL 60618


VEOLIA ES SOLID WASTE MIDWEST
P.O. BOX 6484
CAROL STREAM, IL 60197-6484


VILLAGE OF ROSEMONT
9501 DEVON AVENUE
ROSEMONT, IL 60018


VILLAGE OF ROSEMONT - WATER DE
7046 NORTH BARRY STREET
ROSEMONT, IL 60018


VILLAGRAN, JONATHAN P.
4626 W. KEELER
CHICAGO, IL 60625


VILLEGAS, JORGE
2737 N AUSTIN APT 2
CHICAGO, IL 60641


WILLIAM DART LLC
111 W. WASHINGTON ST
CHICAGO, IL 60602

WIRTZ BEVERAGE ILLINOIS LLC
P.O. BOX 809180
CHICAGO, IL 60680-9180


ZAGAL, PEDRO Z.
2921 N. KEDZIE
CHICAGO, IL 60618


ZUNIC, DAJANA
5401 N. NATOMA
CHICAGO, IL 60631


ZUNIC, DANIJELA
8711 W. BRYNMAWR #308
CHICAGO, IL 60631